UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff

v.                                      Case No. 22-30434
                                      Originating No. 22MJ00644

**VIOREL PRICOP,**

      Defendant.
_____/

**GOVERNMENT'S PETITION
FOR TRANSFER OF DEFENDANT TO
ANOTHER DISTRICT AND SUPPORTING BRIEF**

Pursuant to Rule 5(c)(3)(D) of the Federal Rules of Criminal Procedure, the United States of America hereby petitions the Court for an order transferring defendant **VIOREL PRICOP,** to answer to charges pending in another federal district, and states:

1. On **October 11, 2022,** defendant was arrested in the Eastern District Michigan in connection with a federal arrest warrant issued in the **Central District of California based on a Complaint**. Defendant is charged in that district with violations of **18 USC 844(i) – Arson of Property in Interstate Commerce.**

2. Rule 5 requires this Court to determine whether defendant is the person named in the arrest warrant and is entitled to a preliminary examination as described in Paragraph One above. *See* Fed. R. Crim. P. 5(c)(3)(D)(ii).

WHEREFORE, the government requests this Court to conduct transfer proceedings in accordance with Rule 5 of the Federal Rules of Criminal Procedure.

Respectfully submitted,

DAWN N. ISON
United States Attorney

*s/Craig Wininger*
CRAIG WININGER
Assistant U.S. Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
(313) 226-9100

Dated: October 11, 2022