UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                        CR. NO.  22-30434

v.                                       JUDGE:  UNASSIGNED

VIOREL PRICOP,

        Defendant.
_____/

## APPEARANCE

To the Clerk of the Court and all parties of record:

Enter my appearance as Counsel in the case for Defendant.  I certify that I am admitted to practice in the Court.

                                                             Respectfully Submitted,

                                                             s/ Daniel Dena
                                                             Attorney for Defendant
                                                             FEDERAL COMMUNITY DEFENDER
                                                             613 Abbott Street, Suite 500
                                                             Detroit, Michigan 48226
                                                             T: 313-967-5834
                                                             E: Daniel_Dena@fd.org

Date: October 13, 2022